IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DARRYL BOYD ADKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-CV-132 |
| | ) | |
| OFFICER MCDONALD, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on June 5, 2014, was served on the plaintiff. (Docs. 3 and 4.) No objections were filed within the time limits set forth in the statute. After consideration of the record, the Court adopts the Magistrate Judge's Recommendation.

It is therefore **ORDERED** that this action be transferred to the United States District Court for the Eastern District of North Carolina. The Clerk of this Court is directed to forward all suit papers to the Clerk of the United States District Court for the Eastern District of North Carolina.

This the 27th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE